UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| LATONYA MCCLENDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No:: 1:21-cv-95-TAV-CHS |
| | ) |
| | ) |
| ERHI, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This is a Fair Labor Standards Act ("FLSA") case, in which Plaintiff contends that Defendant failed to pay her the minimum wage required by the FLSA. The case is before the Court on the parties' Joint Motion for Approval of FLSA Settlement [Doc. 7].

The Court has reviewed the proposed settlement, which provides for full payment of Plaintiff's alleged unpaid wages, including unpaid minimum wages; liquidated damages in an amount equal to her unpaid minimum wages; and attorneys' fees and costs. See, 29 U.S.C. § 216(b). The Court finds that the terms of the settlement are fair and reasonable. See, Lynn's Food Stores, Inc., v. United States, 679 F.2d 1350, 1353-54 (11th Cir. 1982) (district court may approve an FLSA settlement after determining that it is fair and reasonable); Hanks v. Racetrack Petroleum, Inc., 2011 WL 4408242, at *2 (M.D. Fla. Sept. 9, 2011) ("Full recompense is *per se* fair and reasonable.").

According, the Court **GRANTS** the parties' Joint Motion for Approval of FLSA Settlement [Doc. 7], and **DIRECTS** Defendant to pay Plaintiff and her counsel the amounts set forth in the Joint Motion. The Court further **ORDERS** the parties to file a stipulation of

dismissal with prejudice after payment of the settlement funds to Plaintiff and her counsel and within thirty (30) days of entry of this Order.

ENTER:

s/ Thomas A. Varlan
THOMAS A. VARLAN
UNITED STATES DISTRICT JUDGE